

2019 APR 30 PM 2: 06

U.S. BANKRUPTCY COUR
RICHMOND DIVISION

Certificate Number: 01801-VAE-CC-032506052



01801-VAE-CC-032506052

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 26, 2019</u>, at <u>6:31</u> o'clock <u>PM EDT</u>, <u>Joseph W. Birriel</u> received from <u>Center for Child and Family Services, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of Virginia</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:   <u>March 26, 2019</u>            By:   _____

                                      Name:   <u>IRIS BORDEN</u>

                                      Title:   <u>CREDIT COUNSELOR</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).